UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. 08mj0445 |
| ) | |
| vs. ) | ORDER |
| ) | |
| Corria-Contreras, et al ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/~~Magistrate Judge,~~ **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: **(Bond Posted** / ~~Case Disposed / Order of Court~~).

Pedro Ramirez-Garcia

DATED: 3/3/08

_____**CATHY ANN BENCIVENGO**_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
        DUSM

W. SAMUEL HAMRICK, JR. Clerk
by _____
        Deputy Clerk