1   KAREN P. HEWITT
    United States Attorney
2   CAROLINE P. HAN
    Assistant United States Attorney
3   California State Bar No. 250301
    United States Attorney's Office
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101
    Telephone: (619) 557-5220
6
    Attorneys for Plaintiff
7   UNITED STATES OF AMERICA

8                   UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA
                                              08 CR 585 JAH
10  UNITED STATES OF AMERICA,     )   Magistrate Case No. 08MJ0445
                                   )
11                   Plaintiff,    )
                                   )   **STIPULATION OF FACT AND JOINT**
12          v.                     )   **MOTION FOR RELEASE OF**
                                   )   **MATERIAL WITNESS(ES) AND**
13  BENITA VALENCIA-SALOMON (3),   )   **ORDER THEREON**
                                   )
14                   Defendant.    )
                                   )   **(Pre-Indictment Fast-Track Program)**
15  _____)

16        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

18  Caroline P. Han, Assistant United States Attorney, and defendant BENITA VALENCIA-

19  SALOMON, by and through and with the advice and consent of defense counsel, Stephen D. Demik,

20  that:

21        1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to indictment and plead guilty

24  to the pre-indictment information charging defendant with a non-mandatory minimum count of

25  Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs.

26  1324(a)(1)(A)(iii) and (v)(II) (Felony)

27  //

28  //

    CPH:es

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **March 20, 2008**.

4.    The material witnesses, Jose Daniel Anaya-Silva, Mauro Luna-Bribiezca and Salvador Perez-Gomez, in this case:

a.    Are aliens with no lawful right to enter or remain in the United States;

b.    Entered or attempted to enter the United States illegally on or about February 13, 2008;

c.    Were found in a house located at 3540 Sunset Lane, San Ysidro, California of which defendant was the caretaker and resided therein; and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.    Were paying $1,300 - $1,800 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Benita Valencia-Salomon (3)          2                          08MJ0445

1    testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2    against interest of (an) unavailable witness(es); and,

3          c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6    waives the right to confront and cross-examine the material witness(es) in this case.

7       6.      By signing this stipulation and joint motion, defendant certifies that defendant has

8    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

9    further that defendant has discussed the terms of this stipulation and joint motion with defense

10    counsel and fully understands its meaning and effect.

11      Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12    immediate release and remand of the above-named material witness(es) to the Department of

13    Homeland Security for return to their country of origin.

14      It is STIPULATED AND AGREED this date.

15                         Respectfully submitted,

16                         KAREN P. HEWITT
                                      United States Attorney

17

18 Dated: 3/4/08 .

19                         CAROLINE P. HAN
                        Assistant United States Attorney

20

21 Dated: 2/27/08 .

22                         STEPHEN D. DEMIK
                        Defense Counsel for Valencia-Salomon

23

24 Dated: 2/27/08 .

                        *Benita Valencia Salomon on*

25                         BENITA VALENCIA-SALOMON
                        Defendant

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Benita Valencia-Salomon (3)       3                   08MJ0445

1                                    **O R D E R**

2          Upon joint application and motion of the parties, and for good cause shown,

3          **THE STIPULATION** is admitted into evidence, and,

4          **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6          **SO ORDERED.**

7          Dated: _2/4/08_____.                    _U.M.McCurine__.
                                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

·22

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Benita Valencia-Salomon (3)          4                    08MJ0445